UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JOSPEH LEE WILLIAMS**,<br><br>    Petitioner,<br>vs.<br><br>**MICHELLE FLOYD**,<br><br>    Respondent. | **2:22-CV-10693-TGB-EAS**<br><br>**JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITH PREJUDICE.**

Dated at Detroit, Michigan:  March 28, 2023.

                              KINIKIA ESSEX
                              CLERK OF THE COURT

                              s/A. Chubb
                              Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE